IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BARRETT<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA FIRE AND EMERGENCY MEDICAL SERVICES; DISTRICT HOSPITAL PARTNERS, L.P. d/b/a THE GEORGE WASHINGTON UNIVERSITY HOSPITAL; UHS OF D.C. INC.; WISCONSIN AVENUE PSYCHIATRIC CENTER, INC. d/b/a PSYCHIATRIC INSTITUTE OF WASHINGTON; UHS OF DELAWARE, INC.; UNIVERSAL HEALTH SERVICES, INC.,<br><br>*Defendants*. | Case No. 1:25-cv-01075-AHA |

## WAIVER OF SERVICE OF SUMMONS
## (FIRST AMENDED COMPLAINT)

**To**: Plaintiff Ryan Barrett and Plaintiff's counsel Andrew Rozynski

Defendants District Hospital Partners, L.P. d/b/a The George Washington University Hospital; UHS of D.C. Inc.; Wisconsin Avenue Psychiatric Center, Inc. d/b/a Psychiatric Institute of Washington; UHS of Delaware, Inc.; and Universal Health Services, Inc. (collectively "Defendants"), have received your request to waive service of summons in this action, along with a copy of the Amended Complaint (ECF No. 10), two copies of this instrument, and a means by which Defendants can return the signed waiver to you without cost to them.

Defendants agree to save the expense of serving a summons and an additional copy of the Amended Complaint (ECF No. 10) in this lawsuit by requiring that Defendants be served with judicial process in the manner provided by Fed. R. Civ. P. 4.

Defendants will retain all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action except for objections based on a defect in the summons or in the service of the summons.

Defendants understand that a judgment may be entered against them if an answer or a motion under Fed. R. Civ. P. 12 is not served upon 60 days after May 28, 2025, or within 90 days after that date if the request was sent outside the United States.

Dated:  May 29, 2025

Respectfully submitted,

/s/  Andrew B. Levin

Andrew B. Levin, DC Bar No. 1033824
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800 2415 East Camelback Road Phoenix, AZ 85016
Tel: 602-778-3700
Fax: 602-778-3750

Amber L. Roller (Pro Hac Vice forthcoming)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Tel:  (213) 239-9800
Fax:  (213) 239-9045
andy.levin@ogletree.com
amber.roller@ogletree.com

Alan S. Block, DC Bar No. 431010
KIERNAN TREBACH LLP
1233 20th Street, Suite 800
Washington, D.C. 20036
Tel: 202-712-7000
Fax: 202-712-7100
ablock@kiernantrebach.com

*Counsel for Defendants District Hospital Partners, L.P. d/b/a The George Washington University Hospital; UHS of D.C. Inc.; Wisconsin Avenue Psychiatric Center, Inc. d/b/a Psychiatric Institute of Washington; UHS of Delaware, Inc.; and Universal Health Services, Inc.*